*The Law Offices of*
# STEVE ZISSOU & ASSOCIATES

STEVE ZISSOU
SALLY J.M. BUTLER*

FRANK T. KELLY
RANDALL D. UNGER
*ADMITTED: NY,CA,CO

4240 BELL BOULEVARD, SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE: (718) 279-4500
FACSIMILE: (718) 281-0850
EMAIL: szsb@aol.com

August 9, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: <u>United States v. Benito Valenti</u>
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

This letter is written seeking modification of Mr. Valenti's bail conditions. Specifically, it is requested that Mr. Valenti be permitted to attend two family weddings, one in Tuckahoe, New York and one in Bergenfield, New Jersey.

The first proposed modifications would permit Mr. Valenti to leave home on Saturday, September 10, 2011, at 2:00 in the afternoon and return by 11:00 in the evening, to attend a wedding in Bergenfield New Jersey. The second proposed modification would permit him to leave home on Saturday, September 24th, 2011 at 11:30 in the morning and return by 11:00 in the evening to attend wedding in Tuckahoe, New York.

In ruling on the within application, the Court may wish to consider to following facts. Mr. Valenti was released on a $400,000 secured personal recognizance bond with the special condition of electronic monitoring. The bond was co-signed by his brother, sister-in-law and mother. Thereafter, the bond was amended permitting Mr. Valenti to leave his home for work purposes and on August 1, 2011 Your Honor eliminated the condition of electronic monitoring. Mr. Valenti has adjusted to the conditions placed upon him by Pre-Trial Services without incident.

Prior to making this application, I spoke with Assistant United States Attorney Allon Lifshitz and Pre Trial Officer Donna Mackey. Neither has any objection to the modification.

I thank Your Honor for her continued consideration.

Respectfully submitted;

*Steve Zissou*

Steve Zissou

cc: Allon Lifshitz, AUSA – Via Electronic Mail
    Donna Mackey, PTS Officer – Via Electronic Mail