DOCKET & FILE

## MEMORANDUM
## TO THE HONORABLE KIYO A. MATSUMOTO
### United States District Judge

RE: Benito Valenti
DOCKET NO.: 11-CR-31

Reference is made to the above-noted defendants who pleaded guilty before Your Honor on August 1, 2011, to Extortionate Collection of Credit Conspiracy. At that time, the Court ordered a presentence investigation to be conducted; however, the Probation Department never received the plea notification. As such, the investigation was only assigned to Sr. U.S. Probation Officer Patricia Sullivan on November 29, 2011. Additionally, the Court had set a sentence date of April 6, 2012.

Defense Counsel and the undersigned probation officer were unable to conduct the presentence interview until January 25, 2012. In addition, the Probation Department has not received all relevant offense conduct information from the Government. This situation has caused a slight delay in the presentence investigation, and at this juncture, we respectfully request that a new sentence date be set for after August 1, 2012. This will provide sufficient time for the undersigned to complete the presentence report. This will also provide the Government and Defense Counsel with ample time to review the report. The Probation Department apologizes for any inconvenience that this delay may cause for the Court.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: /s/ Patricia Sullivan
Patricia A. Sullivan
Senior U.S. Probation Officer
(347) 534-3742

Date: March 1, 2012

cc:   Elizabeth Geddes, Esq.
      Steve Zissou, Esq.

-2-

✓ Adjournment Request Granted

__ Adjournment Request Denied

New Sentence Date/Special Instructions: The 4/6/12 sentencing has been adjourned until 9/17/2012 at 11:00am.

s/KAM

_____        3/2/12
The Honorable Kiyo A. Matsumoto           Date
Senior United States District Judge