*The Law Offices of*
## STEVE ZISSOU & ASSOCIATES

STEVE ZISSOU
SALLY J.M. BUTLER*

FRANK T. KELLY
RANDALL D. UNGER
*ADMITTED: NY,CA,CO

4240 BELL BOULEVARD, SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE: (718) 279-4500
FACSIMILE: (718) 281-0850
EMAIL: szsb@aol.com

June 29, 2012

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: United States v. Benito Valenti
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

This letter is written seeking modification of Mr. Valenti's bail conditions. Specifically, it is requested that Mr. Valenti be permitted to visit family friends in North Carolina from July 7th through the 14th.

The proposed modification would permit Mr. Valenti to leave home on Saturday July 7, 2012 and travel to Monroe, North Carolina by car, returning on July 14th, 2012. He would stay at the Country Inn on Mt. Harmony Church Road in Matthews, North Carolina.

In ruling on the within application, the Court may wish to consider the following facts. Mr. Valenti was released on a $400,000 secured personal recognizance bond with the special condition of electronic monitoring. The bond was co-signed by his brother, sister-in-law and mother. On August 1, 2011, Your Honor eliminated the condition of electronic monitoring. Mr. Valenti has adjusted to the conditions placed upon him by Pre-Trial Services without incident.

Prior to making this application, I spoke with Assistant United States Attorney Allon Lifshitz and Pre Trial Officer Arthur Bobyak. Mr. Lifshitz did not consent and Pretrial Officer Bobyak had no objection to the modification.

I thank Your Honor for her continued consideration.

Respectfully submitted;

*Steve Zissou*

Steve Zissou

cc: Allon Lifshitz, AUSA – Via Electronic Mail
Arthur Bobyak, PTS Officer – Via Electronic Mail