*The Law Offices of*
# STEVE ZISSOU & ASSOCIATES

STEVE ZISSOU
SALLY J.M. BUTLER*

FRANK T. KELLY
RANDALL D. UNGER
*ADMITTED: NY,CA,CO

4240 BELL BOULEVARD, SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE: (718) 279-4500
FACSIMILE: (718) 281-0850
EMAIL: szsb@aol.com

July 5, 2012

Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: United States v. Benito Valenti
11 Cr. 31 (KAM)

Dear Judge Reyes:

In response to the Court's directive, my office has spoken to Mr. Valenti and he has advised us that he will be visiting Mr. and Mrs. Mario and Joan Szostak. They reside at 4906 Cruz Bay Drive in Monroe, North Carolina.

I thank Your Honor for his continued consideration.

Respectfully submitted;

*Steve Zissou*

Steve Zissou

cc: Allon Lifshitz, AUSA – Via Electronic Mail
    Arthur Bobyak, PTS Officer – Via Electronic Mail